Date: 10/23/21

howard gary:brown
c/o Thirteen hundred forty-four Lakeridge Drive
Near Baton Rouge.
Louisiana. [RR 70802] Zip exempt Without the United States
Phone: 504-756-1987

*RECEIVED OCT 2021 LEGAL DEPARTMENT*

Dear Major General Paul Harvey,

It is not my pleasure to send this packet to you; however, on October 16th, 2021 six of your subordinates, with concealed identities, trespassed my property and deprived me of my rights due to color of law and denied me service at a place of public accommodation.

Please find enclosed the following for your review:

1. An affidavit of facts including a claim for monetary damages for the criminal offenses committed on October 16th by agents of PEARL RIVER RESORTS. Very similar to the one the Chief will be getting.
2. Video evidence of the event is available on request.
3. The nature of the offenses requires redress for injuries caused.
4. The affidavit is very clear and concise as to the nature of the damage caused to one, howard gary brown.

This instrument was prepared by howard gary:brown.

_____ L. S.
howard gary; house of brown, sui juris
The One:I-Am
With Full Responsibility for my actions

EXHIBIT 10

Affidavit of Facts – Pearl River Resorts

General Post-Office. Zip Code Exempt
[howard-gary:brown]
c/o Thirteen hundred Forty-Four Lakeridge Drive
Near Baton Rouge.
Louisiana. [70802]
Non-Domestic, without the UNITED STATES

To: Major General Paul Harvey
CEO Pearl River Resorts
13550 MS-16
Philadelphia, MS 39350

Via Certified Mail # 7019 2280 000 9999 8856

**Non-Negotiable**                                              **Non-Negotiable**

Notice to principal is notice to the agent, notice to the agent is notice to the principal

**Louisiana Republic** )
                       ) Subscribed, Affirmed, Sealed
**East Baton Rouge**   )

> **In commerce, truth is sovereign.**
> Legal maxim: To lie is to go against the mind.
> **Truth is expressed in the form of an Affidavit.**
> It is against equity for freemen not to have the free disposal of their own property.
> **A matter must be expressed to be resolved.**
> Legal Maxim: "He who fails to assert his rights has none."
> **An unrebutted affidavit stands as truth in commerce.**
> Legal Maxim: "He who does not deny, admits."

He who leaves the field of battle first (does not respond to Affidavit) loses by default. Legal Maxim: "He who does not repel a wrong when he can, occaisions it."

1. I, howard-gary:brown, am One undivided living, breathing, sentient and Spirit filled man of God, and hereby affirm and attest that all stated within this affidavit is true, correct and complete to the best of my knowledge and ability. If not rebutted and proven inaccurate, and if testifying, I shall so asseverate.

2. One, howard-gary:brown, am to be addressed here after without the use of any appellations, abbreviations, titles, or nom de guerres which could be presumed to lower the status of the living man to that of a subject or voluntary slave.

3. I, howard-gary:brown am giving you formal notice that failure to respond to this letter through a verified and validated rebuttal of this affidavit within 30 days, as I have asked for, point for point, will be taken as an administrative default.

4. All communications will be based on established rules and procedures and all documents are required to meet title 28 USC § 1746(1) "...any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the

Page 1 of 6

Date: twenty second day of October in the year two thousand and twenty-one    Doc# 010222021-73
                                                                              Affidavit of Facts #1

Affidavit of Facts – Pearl River Resorts

same, such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:" I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

5. Any and all claims being made against, howard-gary:brown, will include an attestation, oath and declared to be true, accompanied by wet ink signature, validating the authenticity of the instrument.

6. All agents acting for the principal, whether named or unnamed, whether digital or material in nature, are agents acting for the principal, PEARL RIVER RESORTS, who are bound by the established rules and procedures of validating claims with material evidence in support of the claims being made.

7. "Service desk," "Human Resources," "Management," "Facility," "Faculty," "Chief Operating Officer," "Committee," or any other agent, working under a title, or acting in the place of PEARL RIVER RESORTS, whom makes a claim, that claim shall be substantiated via personal knowledge and material evidence provided to validate it.

8. Voluntary consent without harassment, interrogation, and coercion is a fundamental right of man and woman.

9. I, howard-gary:brown, asseverate and notice, Major General Paul Harvey, chief executive officer of PEARL RIVER RESORTS, that deprivation of my rights under the color of law is a criminal action, and all agents acting for and in concordance with PEARL RIVER RESORTS, are now informed that the offense is title 18 U.S. Code § 242 - **Deprivation of rights under color of law.**

10. Color of law – n. a mere semblance of legal right; something done with the apparent authority of law but actually in contravention of law

11. All mandates requiring vaccination or masks are perfect examples of the color of law, as no law can exist that goes against the freedom to choose or against man in his natural state.

12. I, howard-gary:brown, asseverate and notice, Major General Paul Harvey, chief executive officer of PEARL RIVER RESORTS, and all agents acting for and in concordance with PEARL RIVER RESORTS, that title 18 U.S. Code § 1152 states: **Except as otherwise expressly provided by law, the general laws of the United States as to the punishment of offenses committed in any place within the sole and exclusive jurisdiction of the United States, except the District of Columbia, shall extend to the Indian Country.**

13. I, howard-gary:brown, asseverate and notice, Major General Paul Harvey, chief executive officer of PEARL RIVER RESORTS, and all agents acting for and in concordance with PEARL RIVER RESORTS, that any damage to religious real property

Affidavit of Facts – Pearl River Resorts

is a criminal offense located in title 18 U.S. Code § 247 - **Damage to religious property; obstruction of persons in the free exercise of religious beliefs.**

14. I, howard-gary:brown, asseverate and notice, Major General Paul Harvey, chief executive officer of PEARL RIVER RESORTS, and all agents acting for and in concordance with PEARL RIVER RESORTS, that two or more that conspire against rights is a criminal offense located in title 18 U.S. Code § 241 - Conspiracy against rights.

15. 18 U.S. Code § 241 states: If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or if two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured.

16. I, howard-gary:brown, asseverate and notice, Major General Paul Harvey, chief executive officer of PEARL RIVER RESORTS, and all agents acting for and in concordance with PEARL RIVER RESORTS, denial of service at a place of public accommodation is a criminal offense located in title 42 U.S. Code § 2000a - **Prohibition against discrimination or segregation in places of public accommodation.**

17. (a) Equal access - All persons shall be entitled to the full and equal enjoyment of the goods, services, facilities, privileges, advantages, and accommodations of any place of public accommodation, as defined in this section, without discrimination or segregation on the ground of race, color, religion, or national origin.

18. I, howard-gary:brown, asseverate and notice, Major General Paul Harvey, chief executive officer of PEARL RIVER RESORTS, and all agents acting for and in concordance with PEARL RIVER RESORTS, the action for recourse and remedy for the deprivation of my rights to exercise life, liberty and property is in title 42 U.S. Code § 1983 - Civil action for deprivation of rights.

19. Ignorantia juris non excusat or ignorantia legis neminem excusat (Latin for "ignorance of the law excuses not" and "ignorance of law excuses no one" respectively) is a legal principle holding that a person who is unaware of a law may not escape liability for violating that law merely by being unaware of its content.

20. On the sixteenth day of October in the year two thousand twenty-one about 4:30 in the afternoon one howard-gary:brown and brandon albert:Sibley entered the Golden Moon Hotel and Casino at PEARL RIVER RESORTS with a reservation.

21. As I strolled past the security guard, who cannot be positively identified because of the covering on his face, he held out a pink mask as if to offer it to me. I politely waived him off and stated that I was mask exempt.

Affidavit of Facts – Pearl River Resorts

22. Immediately a second security guard passing by stood in my path and informed me that the only way that I could continue on my way in the facility would be to put a mask on.

23. I, howard-gary:brown, once again stated that I was both medically and religiously exempt from the mask policy.

24. Rule 610. Religious Beliefs or Opinions Evidence of a witness's religious beliefs or opinions is not admissible to attack or support the witness's credibility.

25. I was promptly met with the question, "Do you have proof of the medical exemption?" which also violates federal HIPPA laws.

26. Security guards began to gather around us as if there was an attempt to intimidate one, howard-gary:brown and one, brandon-albert:sibley.

27. Just before Joann (not sure of the spelling) arrived with even more security guards to violate my rights, I began recording the event to document both the deprivation of my rights under the color of law and the faces of each and every security guard conspiring to violate my God-given rights.

28. On video one, brandon-albert:sibley repeatedly asked politely for documentation of the corporate policy to see whether or not it provided any exemptions.

29. Initially we were told that the policy would be supplied to us in writing and this is why we were waiting in the lobby.

30. Once Joann arrived the voices of the security guards and agents of PEARL RIVER RESORTS, in yet another attempt at intimidation became elevated and more forcefully demanding that we put on a mask or leave.

31. We were ultimately denied written mask policy.

32. We were threatened with arrest and confiscation of my property (camera).

33. I informed all present that federal laws were being violated at my expense.

34. One, brandon-albert:sibley, specifically cited several of the federal codes that were being violated to no avail.

35. These agents of PEARL RIVER RESORTS conspired to deprive one, howard-gary:brown and one, brandon-albert:sibley, of our God given rights of life, liberty and property by denying service at the Golden Moon Hotel and Casino of PEARL RIVER RESORTS.

36. These agents of PEARL RIVER RESORTS were informed by one, brandon-albert:sibley that they were violating the rights of both brandon-albert:sibley and howard-gary:brown and yet continued trampling our rights.

Page 4 of 6

Date: twenty second day of October in the year two thousand and twenty-one

Doc# 010222021-73
Affidavit of Facts #1

Affidavit of Facts – Pearl River Resorts

37. In a final attempt at intimidation, yet another security guard followed us all the way off the reservation in his vehicle.

38. The freedom of choice, the free expression of liberty, the exercise of life, is not relinquished by one, howard-gary:brown.

39. The right to due process of law will not be waived.

40. The right to accept or deny contracts will not be abridged. All orders will be expressed, never implied and written to one, howard-gary:brown, accompanied by wet ink signature. 28 USC § 1746(1)

41. The right to be left alone and secure in our papers, effects and property is inherent and is not waivered by one, howard-gary:brown.

42. I, howard-gary:brown, am of sound mind and body, affirm and attest to the nature of my awareness and consciousness, being in the nature of my creator. In Scripture, the name of God signifies his nature, his titles, his attributes, his will or purpose, his honor and glory, his word, his grace, his wisdom, power and goodness, his worship or service, or God himself.

43. These rights (given to the living man by God) will not be surrendered under any circumstances.

44. Any damage done, whether mental, physical, psychological, emotional or spiritual, inside the body or to the body directly, will be the fault of the PEARL RIVER RESORTS and its representatives.

45. Remedy and cure are sought for the criminal acts committed on the date of October sixteenth, in the year two thousand and twenty-one.

46. I, howard-gary:brown, formally establishes a claim against PEARL RIVER RESORTS and any subsidiaries in the amount of $50,000.00 U.S. Dollars for immediate cure and remedy.

47. In addition to the monetary damages, I, howard-gary:brown demand that the word "optional" be added to every sign referring to masks and/or vaccinations as well as a staff training course with respect to this incident, to be outlined upon receipt of monetary remedy and cure.

48. Should you seek an NDA (Non-disclosure agreement) with this remedy, the amount for damages received for remedy and cure is $100,000.00 US Dollars.

49. The fine for each incident of Trespass and Administration of my [howard-gary:house of brown] property without right is $100,000 per man/woman involved.

50. There were at least 6 men/women involved in these trespasses.

Affidavit of Facts – Pearl River Resorts

51. If PEARL RIVER RESORTS decides to remain in and honor and truly is interested in remedy of this situation, I, howard-gary:brown will accept payment of $50,000.00 US Dollars by no later than the twenty-third day of November in the year two thousand twenty-one, otherwise administration process has begun.

52. Upon refusal of remedy and cure awards for damages caused shall be as follows:

| | | |
|---|---|---|
| Hourly Rate: | $1500.00.00 | US Dollars |
| Trespassing: | $100,000.00/(man/woman involved) | US Dollars |
| Affidavits: | $10,000.00 | US Dollars |
| Discovery: | $25,000.00 | US Dollars |
| Travel to/from venue: | $5,000.00/instance | US Dollars |
| Criminal Complaint Filed | $250,000.00 | US Dollars |
| Frivolous Claims Rebuttal | $50,000.00 | US Dollars |

53. All rights reserved under UCC 1-308.

54. All statutes must be in harmony with the common law under UCC 1-308

Notice to Principal is Notice to Agent and Notice to Agent is Notice to Principal

This instrument was prepared by one, howard-gary:brown

_____ L. S.
howard-gary:brown, sui juris
The One, I-Am
with full responsibility for my actions

Notary used without prejudice to my rights:
BE IT REMEMBERED, That on this _23rd_ day of _October_ in the year of our LORD, two thousand and twenty-one, personally appeared before me, the Subscriber, a Notary Public for the State of _Louisiana_, howard-gary:brown, party to this Document, known to me personally to be such, and he acknowledged this Document to be his act and deed. Given under my hand and seal of office, the day and year aforesaid.

OFFICIAL SEAL
GERALD DUPONT
NOTARY ID # 153031
STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE
My Commission is for Life

Notary Public Sitting in, and for, The State of _Louisiana_

BATON ROUGE LA 707

25 OCT 2021 PM 3 L

UPU

stamp/seal

Foreign of Origin

General Post-office, Non domestic, zip exempt.

howard-gary;brown
c/o Thirteen hundred forty-four Lakeridge Drive
near Baton Rouge. Louisiana.

Major General Paul Harvey
CEO Pearl River Resorts
13550 MS -16
Philadelphia, MS 39350

39350-550350



7015 2280 0000 9999 8856

1st Class U.S. Mail 12 Stat@Large Chp 71, sec 23.
Don't Trespass nor Obstruct 18 USC 1701
Private Property, Priviledged, Confidential for Addressee only.
Value: 1 ounce 99% Silver.
18 USC. Ch 83 § 1702. Obstruction
" § 1726 Postage collected unlawfully
" § 1692 Foreign mail as U.S. mail
" § 1701. Obstruction or §1700. Desertion of mails
"§ 1702. Of correspondence
"§ 1693 Carriage of mail
"§ 1703. Delay of destruction of mail
DMM 1.5.4 Use of Foreign Return Addresses

| | |
|---|---|
| **From:** | Pamela Spears |
| **To:** | Faron Gardner |
| **Cc:** | Carole Brand; Pamela Spears |
| **Subject:** | FW: Incident at Golden Moon Entrance on 10/16/21 around 4:30pm - Howard Gary Brown & Brandon ALbert Sibley |
| **Date:** | Friday, October 29, 2021 12:05:32 PM |
| **Attachments:** | Letter with Affidavit from Howard Gary Brown.pdf |
| **Sensitivity:** | Confidential |

Faron,

Attached please find a copy of the letter you requested for review.

Pam

**From:** Faron Gardner <Faron.Gardner@pearlriverresort.com>
**Sent:** Friday, October 29, 2021 11:02 AM
**To:** Pamela Spears <Pamela.Spears@pearlriverresort.com>
**Subject:** RE: Incident at Golden Moon Entrance on 10/16/21 around 4:30pm

It sounds like a sovereign citizen scam, can you send me a copy so I can review? It would be interesting if they know that this has to go to tribal court, this is a feeble attempt to flood the tribal court with useless paperwork.

Sincerely,

Faron Gardner, MLS
Director of Security
Wk. 601 663.3693

The information contained herein is intended for the addressed recipients only. This email may contain confidential material. If you are not the intended recipient, please be advised that any disclosure, copying, distribution or use of this contents of this information is prohibted. If you have received this in email in error, please notify the sender immediately by replying to the email address contained herein. Thank you

**From:** Pamela Spears <Pamela.Spears@pearlriverresort.com>
**Sent:** Friday, October 29, 2021 10:57 AM
**To:** Faron Gardner <Faron.Gardner@pearlriverresort.com>
**Cc:** Jarred Montoya <Jarred.Montoya@pearlriverresort.com>; Pamela Spears <Pamela.Spears@pearlriverresort.com>; Carole Brand <Carole.Brand@pearlriverresort.com>
**Subject:** FW: Incident at Golden Moon Entrance on 10/16/21 around 4:30pm

Faron,

In response to your question. Mr. Howard Gary Brown sent a letter with an affidavit of facts including a claim for monetary damages for the criminal offenses committed on October 16, 2021 by agents of Pearl River Resorts. He states a very similar letter was sent to the Chief.

We are gather all information available in case he decides to file a claim in tribal court we will have everything already gathered.

Pam

**From:** Faron Gardner <Faron.Gardner@pearlriverresort.com>
**Sent:** Friday, October 29, 2021 9:35 AM
**To:** Joanne Thompson <Joanne.Thompson@pearlriverresort.com>; Pamela Spears <Pamela.Spears@pearlriverresort.com>
**Cc:** Leonard Jimmie <Leonard.Jimmie@pearlriverresort.com>
**Subject:** RE: Incident at Golden Moon Entrance on 10/16/21 around 4:30pm

Pam,

What's the issue with the unmask men? Thanks

Sincerely,

Faron Gardner, MLS
Director of Security
Wk. 601 663.3693

The information contained herein is intended for the addressed recipients only. This email may contain confidential material. If you are not the intended recipient, please be advised that any disclosure,copying, distribution or use of this contents of this information is prohibted. If you have received this in email in error, please notify the sender immediately by replying to the email address contained herein. Thank you

**From:** Joanne Thompson <Joanne.Thompson@pearlriverresort.com>
**Sent:** Friday, October 29, 2021 2:43 AM
**To:** Pamela Spears <Pamela.Spears@pearlriverresort.com>
**Cc:** Faron Gardner <Faron.Gardner@pearlriverresort.com>; Leonard Jimmie <Leonard.Jimmie@pearlriverresort.com>
**Subject:** RE: Incident at Golden Moon Entrance on 10/16/21 around 4:30pm

Yes mam. The other Security personnel involved are Dayshift Supervisor Jerome Henry, Swing Shift

Lead Officer Anthony Meckler, Swing Shift officers Tyra Ben and Bruce Bell.
Surveillance was contacted for coverage. This took place at the East Entrance.
I will let the others know to write their statements..

Joanne

**From:** Pamela Spears <Pamela.Spears@pearlriverresort.com>
**Sent:** Wednesday, October 27, 2021 12:36 PM
**To:** Joanne Thompson <Joanne.Thompson@pearlriverresort.com>
**Cc:** Carole Brand <Carole.Brand@pearlriverresort.com>; Shannon Pittman <spittman@pearlriverresort.com>; Pamela Spears <Pamela.Spears@pearlriverresort.com>
**Subject:** Incident at Golden Moon Entrance on 10/16/21 around 4:30pm

Joanne,

Do you recall an incident that may have ocurred at one of the Golden Moon Entrances on October 16, 2021 around 4:30pm. There were two male guest who refussed to wear a mask. There may have been up to 4 other guest with these two men.

Please send me a written statement, from you and any of the other security officers involved in this incident. Please note in your statement which entrance this incident took place.

Thank you.
Pam



Thank you.
Pam Spears