**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (Northern (Jackson))**

| | |
|---|---|
| **HOWARD BROWN and BRANDON SIBLEY,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| V. | ) )   Civil Action No. 3:23-cv-127-DPJ-FKB |
| **CHOCTAW RESORT DEVELOPMENT ENTERPRISE, ET AL.,** | ) ) ) ) ) |
| **Defendants.** | ) ) |

## NOTICE OF NON-AVAILABILITY

COMES NOW C. BRYANT ROGERS, counsel of record for the Defendants herein and hereby gives notice that I will be out of the Country for travel to China from September 24, 2023 to October 15, 2023, returning to my office on October 17, 2023.

    Respectfully submitted,

    VanAMBERG, ROGERS, YEPA, ABEITA
        GOMEZ & WILKINSON, LLP

By:   /s/ C. BRYANT ROGERS
        C. BRYANT ROGERS
        Post Office Box 1447
        Santa Fe, NM 87504-1447
        Phone: (505) 988-8979
        Fax: (505) 983-7508
        E-mail: cbrogers@nmlawgroup.com

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was mailed to the Plaintiffs by United States Mail, postage prepaid, on September 8, 2023.

/s/ C. BRYANT ROGERS
C. BRYANT ROGERS