UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

HOWARD BROWN and
BRANDON SIBLEY,

    Plaintiffs,

v.                                Civil Action No. 3:23-CV-127-DPJ-ASH

CHOCTAW RESORT DEVELOPMENT
ENTERPRISE, et al.,

    Defendants.

## NOTICE OF NON-AVAILABILITY

COMES NOW, C. Bryant Rogers, VanAmberg, Rogers, Yepa, Abeita, Gomez & Wilkinson, LLP, counsel of record for the Tribal Defendants herein, and hereby gives notice that he will be out of the country on a trip to China from October 1, 2024 to November 3, 2024, with limited e-mail access and no Internet access that would permit the filing of pleadings in this case that might be required, if the stay now in force were to be lifted during this period.

                                          /s/ C. Bryant Rogers
                                          C. Bryant Rogers
                                          VanAmberg, Rogers, Yepa, Abeita,
                                              Gomez & Wilkinson, LLP
                                          MS Bar No. 5638
                                          P. O. Box 1447
                                          Santa Fe, NM 87504-1447
                                          (505) 988-8979 (Tel.)
                                          (505) 983-7508 (Fax)
                                          E-mail: cbrogers@nmlawgroup.com

<u>Certificate of Service</u>

      I hereby certify on this 26th day of September, 2024, that I mailed by first-class U.S. postage, this Notice of Non-Availability to the following:

Brandon Sibley
17125 Cline Drive
Maurepas, LA 70449

Howard Brown
1344 Lakeridge Drive
Baton Rouge, LA 70802

                                              <u>/s/ C. Bryant Rogers</u>
                                              C. Bryant Rogers