UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

HOWARD BROWN AND
BRANDON SIBLEY                                                                                   PLAINTIFFS

V.                                                         CIVIL ACTION NO. 3:23-CV-127-DPJ-ASH

CHOCTAW RESORT DEVELOPMENT
ENTERPRISE, ET AL.                                                                              DEFENDANTS

ORDER

Plaintiffs Howard Brown and Brandon Sibley filed this lawsuit challenging the mask mandate the Mississippi Band of Choctaw Indians imposed on visitors to the Golden Moon Hotel and Casino. On October 18, 2023, the Court entered an Order [19] staying this case to allow Plaintiffs to exhaust their claims in tribal court. The Court invited Plaintiffs to "move to lift the stay after they have fully exhausted their claims in tribal court." Order [19] at 6.

Almost two years have passed, and no activity has occurred in this action. Accordingly, Plaintiffs are directed to show cause why this action should not be dismissed within ten days. If Plaintiffs fail to respond, this action will be dismissed without further notice.

**SO ORDERED AND ADJUDGED** this the 10th day of September, 2025.

                                                                s/ *Daniel P. Jordan III*
                                                               UNITED STATES DISTRICT JUDGE