UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

HOWARD BROWN AND
BRANDON SIBLEY                                                              PLAINTIFFS

V.                                                    CIVIL ACTION NO. 3:23-CV-127-DPJ-ASH

CHOCTAW RESORT DEVELOPMENT
ENTERPRISE, ET AL.                                                         DEFENDANTS

ORDER

On September 10, 2025, the Court entered an Order [23] noting that no activity had

occurred in almost two years and directing Plaintiffs Howard Brown and Brandon Sibley

to show cause why this action should not be dismissed.  Plaintiffs responded, explaining that

their case is still proceeding through the Choctaw Tribal Supreme Court.  They ask that the case

remain stayed.  Defendants agree that the case should remain stayed while Plaintiffs exhaust the

tribal remedies.  Notice [25].

The Court finds this case should remain stayed.  The parties are directed to file a status

report by March 31, 2026.  *See* Notice [27]; Briefing Schedule [27-1] (indicating that the briefing

before the Choctaw Trial Supreme Court will be completed Dec. 8, 2025).

**SO ORDERED AND ADJUDGED** this the 6th day of October, 2025.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE